

# Fourth Court of Appeals
## San Antonio, Texas

Monday, May 4, 2015

No. 04-15-00239-CR

The **STATE** of Texas,
Appellant

v.

Victoria Mari **VELASQUEZ**,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 478295
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

By order dated April 30, 2015, this appeal was abated for the trial court to enter findings of fact and conclusions of law. On May 1, 2015, a supplemental clerk's record was filed containing the trial court's findings of fact and conclusions of law. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. The State's brief must be filed no later than June, 1, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court